IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANCE WHITE,  <br><br>     Plaintiff,  <br><br>v.  <br><br>NAVIENT SOLUTIONS, LLC,  <br><br>     Defendant. | CIVIL ACTION FILE NO.  <br><br>1:18-cv-5029-TCB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amended the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*The Clerk is DIRECTED to change the name of the Defendant on the docket of this case to "NAVIENT SOLUTIONS, LLC".*

IT IS SO ORDERED this 20th day of February, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)