## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| **LANCE WHITE,** | ) <br> ) <br> ) **Case No.: 1:18-cv-05029-TCB** |
| **Plaintiff.** | ) <br> ) |
| v. | ) <br> ) |
| **NAVIENT SOLUTIONS, LLC,** | ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 28, 2019

By: */s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Christopher A. Reese, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
creese@stradley.com
Attorney for Defendant

Dated: October 28, 2019            By: */s/ Joseph C. Hoeffel*
                                                  Joseph C. Hoeffel, Esquire
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Fax: (877) 788-2864
                                                  Email: jhoeffel@creditlaw.com