# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LANCE WHITE, § § Plaintiff, § § v. § § NAVIENT SOLUTIONS, LLC, § § Defendant. § § § | Civil Action No. 1:18-cv-05029-TCB |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Christopher A. Reese | */s/* Joseph C. Hoeffel |
| Christopher A. Reese, Esq. | Joseph C. Hoeffel, Esq. |
| Stradley Ronon Stevens & Young, LLP | Kimmel & Silverman, P.C. |
| 2005 Market Street | 30 East Butler Pike |
| Suite 2600 | Ambler, PA 19002 |
| Philadelphia, PA 19103 | Phone: 215-540-8888 |
| Phone: 215-564-8698 | Fax: 215-540-8817 |
| Email: creese@stradley.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: January 28, 2020 | Date: January 28, 2020 |

BY THE COURT:

_____
                                                        J.

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Christopher A. Reese, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
Phone: 215-564-8698
Email: creese@stradley.com
Attorney for the Defendant

Dated: January 28, 2020  By: /s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
Email: jhoeffel@creditlaw.com
Attorney for Plaintiff